WILBUR S. LEMMON, Appellant, *v.* WALLACE REID, Respondent.

*Lemmon* v. *Reid*, 163 App. Div. 890, affirmed.
(Argued April 4, 1917; decided April 24, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 15, 1914, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action upon a written contract of employment. The defendant conducts a fire insurance agency representing various insurance companies. On May 31, 1907, he wrote a letter to the plaintiff, which constitutes the contract in question. So far as the present controversy is concerned it is as follows:

"*May* 31*st*, 1907.

"DEAR MR. LEMMON:

"In accordance with our understanding I set down in writing our agreement for your compensation as follows: $3600 per annum from June 1st, 1907, and in addition thereto 10% of the annual net profits of the business excluding contingent. Sincerely yours,

"WALLACE REID."

The question in dispute was as to the method of computing the profits in which the plaintiff was entitled to share.

*Martin Conboy* for appellant.

*Herman A. Heydt* and *Walter H. Pollak* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, HOGAN, POUND, CRANE and ANDREWS, JJ. Not sitting: CARDOZO, J.